

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00604-CV

Cary **WILKE**,
Appellant

v.

Vickie **PHILLIPS** a/k/a Vickie Phillips-Wilke,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 8347
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED. We REMAND this cause to the trial court for further proceedings. It is ORDERED that appellant recover his costs of this appeal from appellee.

SIGNED November 13, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice